# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NORMA DEADMOND, | ) |
| Plaintiff, | ) |
| v. | ) |
| DLC MANAGEMENT CORP., and DOLLAR TREE STORES, INC. | ) **CASE NO. 16-cv-797-NJR-SCW** |
| Defendants. | ) |
| DOLLAR TREE STORES, INC. | ) |
| Cross-Claimant, | ) |
| v. | ) |
| DLC MANAGEMENT CORP., | ) |
| Cross-Defendant. | ) |
| DOLLAR TREE STORES, INC. | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| FAIRVIEW HEIGHTS IMPROVEMENTS, LLC, | ) |
| Third-Party Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Norma Deadmond, Defendant Dollar Tree Stores, Inc., Defendant DLC Management Corp. and Third-Party Defendant Fairview Heights Improvements, LLC hereby stipulate that all claims against all parties shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), with each party to bear their own costs, fees and expenses. All parties consent to this stipulation.

Dated: October 19, 2017

*/s/ Jay L. Kanzler, Jr.* _____
Jay L. Kanzler, Jr. #6208995
2001 Big Bend Blvd.
St. Louis, MO 63117
Telephone: 314-645-5367
Fax: 314-645-5387
jaykanzler@wkllc.com

Attorney for Plaintiff


*/s/ Paul Rauschenbach (w/ consent)*_____
Paul M. Rauschenbach # 6200674
Law Office of Craig A. Hansen
3660 S. Geyer Road, Suite 340
St. Louis, MO 6327
Telephone: (314) 436-2775
Fax: (314) 436-0546
paul.rauschenbach@zurichna.com

Attorneys for DLC Management Corp. and
Fairview Heights Improvements, LLC.


*/s/ Patrick Foppe (w/ consent)*_____
Patrick E. Foppe              #6282882
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, MO  63101
(314) 621-2939 (Telephone)
(314) 621-6844 (Facsimile)
pfoppe@lashlybaer.com

Attorneys for Dollar Tree Stores, Inc.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing was filed electronically with the Clerk of Court on October 19, 2017, to be served upon all parties and counsel of record by operation of the Court's electronic filing system.

                                              */s/ Jay L. Kanzler, Jr.*